**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 13-7191**

---

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

GEORGE PERRY, a/k/a Fuzz,

                    Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Raymond A. Jackson, District Judge.  (4:07-cr-00153-RAJ-JEB-1)

---

Submitted:  November 21, 2013        Decided:  November 26, 2013

---

Before KING, DUNCAN, and DIAZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

George Perry, Appellant Pro Se. Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Perry appeals the district court's margin order denying his motion to reopen the appeal period in his criminal case so that he may challenge alleged sentencing amendments by the court. We have reviewed the record and found no qualifying order for which he sought a motion to reopen the appeal period. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED